# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ANDREW LEON DAWKINS,

        Plaintiff,

  v.

TERESA JEAN DAWKINS,

        Defendant.

Case No. 3:23-cv-00066-SLG

## ORDER DISMISSING CASE

In light of the parties' *Notice of Settlement*, and stipulated agreement to dismiss this case with prejudice (Docket 38) and the *Notice of Entry of Final Parenting Plan in State Court as Final Order* (Docket 41), this case is DISMISSED with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure.

DATED this 11th day of July, 2023 at Anchorage, Alaska.

                                      */s/ Sharon L. Gleason*
                                      UNITED STATES DISTRICT JUDGE